No. 818. TRANSCONTINENTAL BUS SYSTEM, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD. C. A. 5th Cir. Certiorari denied. *Howard S. Boros* and *Robert C. Lester* for petitioners. *Solicitor General Griswold, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman* and *Robert L. Toomey* for respondent. *Frederick S. Hill* for National Association of Motor Bus Owners, as *amicus curiae,* in support of the petition.

No. 855. WILLIAMS *v.* SEABOARD AIR LINE RAILROAD Co. ET AL. Sup. Ct. Fla. Certiorari denied. *Peyton Ford* and *Joseph D. Farish, Jr.,* for petitioner. *Frank G. Kurka* and *Manley P. Caldwell* for respondents.

No. 899. INTERNATIONAL HOD CARRIERS, BUILDING & COMMON LABORERS UNION OF AMERICA, LOCAL No. 1082, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Herbert M. Ansell* for petitioners. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 901. STRONG, DBA STRONG ROOFING & INSULATING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Charles G. Bakaly, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 923. AVINS *v.* RUTGERS, STATE UNIVERSITY OF NEW JERSEY. C. A. 3d Cir. Certiorari denied. *Alfred Avins,* petitioner, *pro se. Clyde A. Szuch* for respondent.